Seth M. Cunningham
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Box 849
Billings, MT 59103-0849
Tel: (406) 248-2611
Fax: (406) 248-3128
scunningham@brownfirm.com
*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| TAMARA ANN LEACH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JUMPSPORT, INC., a California corporation,<br><br>　　　　　Defendant. | Cause No. CV 21-36-BMM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COME NOW the above-named parties, by and through their counsel of record, and hereby stipulate and agree that the above-entitled cause of action may be dismissed with prejudice as having been fully settled on its merits, each side to bear their own costs and attorney's fees.

1

DATED this 9th day of December, 2021.

                                BECK AMSDEN & STALPES, PLLC

                                BY  /s/ John Amsden
                                    John Amsden
                                    *Attorney for Plaintiff*

                              BROWN LAW FIRM, P.C.

                              BY  /s/ Seth M. Cunningham
                                    Seth M. Cunningham
                                    *Attorney for Defendant*