IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| TAMARA ANN LEACH,<br><br>   Plaintiff,<br><br>vs.<br><br>JUMPSPORT, INC., a California corporation,<br><br>   Defendant. | Cause No. CV 21-36-BMM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal With Prejudice filed herein, and for good cause shown;

IT IS ORDERED that the above-entitled cause of action is hereby dismissed with prejudice as having been fully settled on its merits, each side to bear their own costs and attorney's fees.

DATED this 10th day of December, 2021.

_____
Brian Morris, Chief District Judge
United States District Court